CHAPTER 13 TRUSTEE                                                              921738

UNITED STATES BANKRUPTCY COURT            Dec 13, 2006              $5,889.80
500 POYDRAS ST
STE B-601
NEW ORLEANS, LA 70130

Payments found to be undeliverable, detailed on
the attached listing, for deposit into the registry
of the court.

---

**CHAPTER 13 TRUSTEE**           **FIRST AMERICAN BANK & TRUST**         921738
433 METAIRIE ROAD, SUITE 307      METAIRIE, LA 70005
METAIRIE, LA 70005                    84-242/654

                                        VOID UNLESS PRESENTED WITHIN 90 DAYS

                                        DATE                    AMOUNT

                                    December 13, 2006      **************$5,889.80

**UNITED STATES**           ine and 80/100 Dollars
**BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION         URT

# 221397    - KW
* * C O P Y * *                              /s/ Beaulieu
January 05, 2007                          AUTHORIZED SIGNATURE
14:01:26
                          :540242130 690 272 3:

**TREASURY REGFUND**                                    $5,889.80
btor.: 12 VARIOUS CHAPTER 13'S                     Deposited 1/5/07
ount.:         $5,889.80 CH                        Showing funds due
eck#.: 921738                                      creditors on 12
                                                   different chapter
otal -> $5,889.80                                  13 cases.

OM: BEAULIEU

| Date: Wed Dec 13, 2006 | REGISTRY CHECK #921738 | | Page: 1 |
| Time: 2:52 PM | | | User: JOHN |

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| 0211393 | STRODER | MARY AGNES | 2,401.19 | CITY OF NEW ORLEANS<br>HEARD LINEBARGER GRAHAM<br>1515 POYDRAS ST #1840<br>NEW ORLEANS LA 70112 |
| | 3651 LANCASTER ST<br>NEW ORLEANS LA 70131 | | | |
| 0214742 | KELLY | PAULA B | 1,285.52 | *due Debtor* |
| | 1932 SNOWBIRD DR<br>HARVEY LA 70058 | | | |
| 0215021 | SCOTT | LENORE M | 123.25 | OCHSNER CREDIT UNION<br>1516 JEFFERSON HWY<br>NEW ORLEANS LA 70121 |
| | 160 ELAINE DR<br>AVONDALE LA 70094 | | | |
| 0317723 | LEBAN | LEVON ALDON | 115.00 | *due Debtor* |
| | PO BOX 18974<br>SUGAR LAND TX 77496 | | | |
| 0318808 | JOHNSON | CYNTHIA ANN | 118.59 | CITY ATTORNEY OFFICE<br>CITY OF NEW ORLEANS STE 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA 70112 |
| | 901 BOLTON RD<br>ATLANTA GA 30331 | | | |
| 0319796 | RANDOLPH JR | HAROLD G | 307.88 | *due Debtor* |
| | 4829 N ROMAN<br>NEW ORLEANS LA 70117 | | | |
| 0319889 | WILLIAMS<br>WILLIAMS | JAMES CHRISTOPHE<br>TERI WASHINGTON | 355.18 | *due Debtor* |
| | 899 N STEMMONS FWY<br>DALLAS TX 75207 | | | |
| 0410212 | GARDNER<br>GARDNER | PETER<br>LATISHA | 515.26 | DEEP SOUTH CREDIT CORP<br>1620 D BELLE CHASSE HWY<br>GRETNA LA 70056 |
| | 4115 MUSTANG DR<br>KILLEEN TX 76549 | | | |
| 0412256 | LIRETTE<br>LIRETTE | ROY ANTHONY<br>DENISE CAMARDELL | 208.72 | BEADS BY THE DOZEN<br>% CRS<br>12180 GREENSPOINT DR PMB 119<br>HOUSTON TX 77060 |
| | PO BOX 1131<br>BOUTTE LA 70039 | | | |
| 0412374 | STELLY | ROSEMARY VERONIC | 60.59 | CITY OF NEW ORLEANS<br>HEARD LINEBARGER GRAHAM<br>1515 POYDRAS ST #1840<br>NEW ORLEANS LA 70112 |
| | 321 OVERHILL DR<br>LAKE CHARLES LA 70653 | | | |
| 0418036 | GRIMES | FIRLDEAL J | 175.00 | DELTA PAY DAY LOAN<br>7128 DOWNMAN RD<br>NEW ORLEANS LA 70126 |
| | 16034 CLARKE SPRING DR<br>HOUSTON TX 77053 | | | |
| 0513874 | COLEMAN | SHADRACH D | 223.62 | *due Debtor* |
| | 2500 FAIRWAY DR<br>ALVIN TX 77511 | | | |

*12 Cases    Total*    5,889.80